UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00010

———

**Amanda Lindsey,**
*Plaintiff,*

v.

**Unknown Tillman et al.,**
*Defendants.*

———

# ORDER

Plaintiff, a Gregg County Jail inmate proceeding pro se and in forma pauperis, brought this action under 42 U.S.C. § 1983 against defendants Gregg County Jail, Jailer Tillman, and Jailer Mungai. Doc. 1. The case was referred to a magistrate judge. Doc. 3. Defendants Mungai and Tillman each moved for summary judgment, based on plaintiff's failure to exhaust administrative remedies and defendant's qualified immunity, respectively. Docs. 18, 19. The magistrate judge issued a report recommending that the court dismiss claims against defendant Gregg County Jail for being a non-jural entity, deny defendant Mungai's motion (Doc. 18), and grant defendant Tillman's motion (Doc. 19). Doc. 23 at 13, 24. Additionally, because granting defendant Tillman's motion "also inures to the benefit" of defendant Mungai, the report recommended that the court dismiss the case with prejudice. Doc. 23 at 22, 24 (quoting *Lewis v. Lynn*, 236 F.3d 766, 768 (5th Cir. 2001)). No party filed written objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Claims against Gregg County Jail are dismissed because Gregg County Jail is a non-jural entity unamenable to suit. Defendant

Mungai's motion for summary judgment (Doc. 18) is denied. Defendant Tillman's motion for summary judgment (Doc. 19) is granted. The granting of defendant Tillman's motion is inured to the benefit of defendant Mungai. *See Lewis*, 236 F.3d at 768 ("it would be incongruous and unfair to allow some defendants to prevail, while not providing the same benefit to similarly situated defendants." (cleaned up)). Accordingly, plaintiff's lawsuit is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on February 23, 2026.*

J. CAMPBELL BARKER
United States District Judge